■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY TURNER, Appellant. [925 NYS2d 364]—Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered February 4, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed. Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.